# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER,

        Plaintiff,

vs.

SALVATION ARMY,

        Defendant.

Case No.: 2:11-cv-01036-GMN-GWF

**ORDER**

Before the Court for consideration is the Report and Recommendation (ECF No. 9) of the Honorable George W. Foley, United States Magistrate Judge, entered August 18, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Foley's Recommendation is hereby **AFFIRMED,** and Plaintiff's 13th, 14th and 15th Amendment claims against the Salvation Army are hereby **DISMISSED with prejudice** because the Salvation Army is not acting under color of state law for §1983 purposes.

DATED this 29th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge