1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 KIRSHA BROWN-YOUNGER,　　　　　)
　　　　　　　　　　　　　　　　　　　)
9 　　　　　　　　Plaintiff,　　　　　)　　Case No. 2:11-cv-01036-GMN-GWF
　　　　　　　　　　　　　　　　　　　)
10 vs.　　　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　　　　)
11 SALVATION ARMY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
12 　　　　　　　　Defendant.　　　　　)
　—————————————————————————————)

13

14　　　　This matter comes before the Court on Defendant's Emergency Motion to Compel and for

15 Sanctions (#39), filed on March 27, 2013.  Defendant represents Plaintiff was scheduled for a

16 deposition in Las Vegas, Nevada on March 20, 2013.  Plaintiff communicated to Defendant on March

17 18, 2013 that she would not attend the deposition.  On March 25, 2013, Plaintiff filed a "Response to

18 Opposition" (#37), stating that she was financially unable to attend the deposition.  Defendant now

19 seeks an order compelling Plaintiff's attendance for a deposition.

20　　　　Defendant also moves for an order compelling discovery responses.  The Court previously

21 ordered Plaintiff to respond to Defendant's Request for Admissions and First Set of Interrogatories by

22 February 22, 2013.  *See February 7, 2013 Order, Doc. #33* at 3:3-4.  Defendant represents that

23 Plaintiff's responses only addressed some of the Requests for Admissions, and did not address any of

24 the Interrogatories.  Defendant further states that it propounded a Request for Production of Documents

25 and a Second Set of Interrogatories, to which responses were due on March 26, 2013.  Defendant

26 claims it has not received any responses.  The discovery deadline in this case is currently set for March

27 29, 2013.  *See Scheduling Order, Doc. #22* at 1:20.

28 ...

1    **IT IS HEREBY ORDERED** that the Court shall hear the Defendant's Motion (#39) on **May 2,**

2  **2013** at 2:00 PM in Las Vegas Courtroom 3A.

3    **IT IS FURTHER ORDERED** that any opposition to Defendant's Motion (#39) is due on or

4  before April 15, 2013.  Any reply is due on or before April 25, 2013.

5    **IT IS FURTHER ORDERED** that Plaintiff may attend the May 2, 2013 hearing

6  telephonically.

7    **IT IS FURTHER ORDERED** that in the event the Court grants the Motion (#39), the parties

8  shall be permitted to request an extension of the discovery deadline to complete the discovery in

9  question.

10    DATED this  28th  day of March, 2013.

11

12  _____

GEORGE FOLEY, JR.

13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28