# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER,

    Plaintiff,

vs.

SALVATION ARMY,

    Defendant.

Case No. 2:11-cv-01036-GMN-GWF

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery (#44), filed on April 3, 2013. Defendant filed an Opposition (#47) on April 15, 2013.

The deadline to complete discovery in this case was March 29, 2013. *See Scheduling Order, Doc. #22*. Defendant represents that Plaintiff served her Interrogatories on Defendant on March 14, 2013, which did not allot Defendant 30 days to respond as required by Federal Rule of Civil Procedure 33. Therefore, Defendant did not respond to Plaintiff's Interrogatories. Plaintiff now seeks an extension of discovery to permit Defendant adequate time to respond. The Court finds it is necessary to review Plaintiff's propounded Interrogatories before it rules on the instant Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a copy of the Interrogatories she served on Defendant no later than 14 days after the date of this Order.

DATED this 8th day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge