# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSHA BROWN-YOUNGER, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01036-GMN-GWF |
| vs. | ) **ORDER** |
| SALVATION ARMY, | ) Motion to Compel (#61) |
| Defendant. | ) |

This matter comes before the Court on Defendant's Motion to Compel (#61), filed on June 12, 2013. Defendant seeks to compel responses to two sets of discovery requests, alleging that Plaintiff inadequately responded to Defendant's first set of interrogatories, and failed to respond at all to Defendant's second set of interrogatories. Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (#61) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendant's first and second set of interrogatories, in full and without objection, within 14 days of the date of this Order.

DATED this 6th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge