# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIRSHA BROWN-YOUNGER,            )
                                 )        Case No.:  2:11-cv-01036-GMN-GWF
                  Plaintiff,     )
                                 )   **ORDER ACCEPTING REPORT &**
       vs.                       )   **RECOMMENDATION OF MAGISTRATE**
                                 )          **JUDGE FOLEY**
SALVATION ARMY,                  )
                                 )
                  Defendant.     )
_____  )

Before the Court for consideration is the Report and Recommendation (ECF No. 71) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered January 6, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by January 21, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Defendant's Motion to Strike Plaintiff's Complaint (ECF No. 62) be **Granted** and this action be dismissed.  Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 71) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** with prejudice.  The Clerk shall enter judgment accordingly.

**DATED** this 27th day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court